■ FLOYD UONITES, Appellant, v AMERICAN RUBBER & PLASTICS CORP., Respondent and Third-Party Plaintiff, et al., Third-Party Defendant. — Order unanimously reversed, without costs, and motion denied. Memorandum: Special Term erred in granting defendant's motion for summary judgment. Under subdivision 6 of section 241 of the Labor Law, "owners are responsible for a breach of the requirements of the statute irrespective of their control or supervision of the work site (*Allen v Cloutier Constr. Co.,* 44 NY2d 290, 300)" (*La France v Niagara Mohawk Power Corp.,* 89 AD2d 757, 758; see, also, *DaBolt v Bethlehem*

*Steel Corp.*, 92 AD2d 70). There are issues of fact as to defendant's negligence which preclude granting summary judgment (*DaBolt v Bethlehem Steel Corp., supra; Brant v Republic Steel Corp.*, 91 AD2d 841). (Appeal from order of Supreme Court, Erie County, Kane, J. — summary judgment.) Present — Hancock, Jr., J. P., Callahan, Doerr, Green and Moule, JJ.